FILED
SEP 1 2 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:22-cr-00177
18 U.S.C. § 924(c)(1)(A)

TERRY HEADEN

The United States Attorney Charges:

# I N F O R M A T I O N

On or about November 10, 2021, at or near Havaco, McDowell County, West Virginia, and within the Southern District of West Virginia, defendant TERRY HEADEN, knowingly possessed a firearm, that is an AR-style rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**FORFEITURE**

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon conviction of an offense in violation of 21 U.S.C. § 841 and 18 U.S.C. § 924(c)(1)(A), the defendant, TERRY HEADEN, shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including but not limited to $4,990.00, more or less, in United States Currency, seized from the residence of TERRY HEADEN by law enforcement officers on or about March 10, 2022.

WILLIAM S. THOMPSON
United States Attorney

By: ______________________________
ANDREW D. ISABELL
Assistant United States Attorney