# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Bluefield

| | | | |
|---|---|---|---|
| Date: | 9/12/2022 | Case Number: | 1:22-cr-00177 |
| Case Style: | USA vs. Terry Headen | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2512-Faber | | |
| Court Reporter: | Catherine Schutte-Stant | Courtroom Deputy: | Cindy Lilly |

Attorney(s) for the Plaintiff or Government:

Andrew Isabell

Attorney(s) for the Defendant(s):

Kristopher Faerber

| | |
|---|---|
| Law Clerk: | Allison Skinner |
| Probation Officer: | Dylan Shaffer and Russell Scott |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:26 PM | 3:12 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 46 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 2:00 p.m.
Actual Start: 2:26 p.m.
Defendant present in person and by counsel.
Defendant placed under oath.
Court finds defendant competent to go forward.
Mr. Isabell summarizes plea agreement and files original.
Court conditionally approves the plea agreement.
Defendant waives Indictment.
Defendant waives reading of the Information.
Court summarizes the Information
Defendant pleads guilty to the Information.
Court reads statute with which defendant is charged.
Defendant advised of elements of offense government would have to prove at trial.
Mr. Isabell places on the record the factual basis for defendant's plea.
Defendant executes written plea of guilty.
Sentencing scheduled for January 9, 2023, at 3:00 p.m. in Bluefield.
Defendant remanded.
Court recessed at 3:12 p.m.