AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virgini

FILED
SEP 12 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States of America
v.
Terry Headen
*Defendant*

Case No. 1:22-00177

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/9/22

*Defendant's signature*

Terry Headen
*Signature of defendant's attorney*

KRISTOPHER FAERBER
*Printed name of defendant's attorney*

*Judge's signature*

DAVID A. FABER, SR US DIST Judge
*Judge's printed name and title*

Print Save As... Reset