FILED
SEP 12 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA,

v. CRIMINAL ACTION NO. 1:22-00177

TERRY HEADEN

## WRITTEN PLEA OF GUILTY

In the presence of Kristopher Faerber, my counsel, who has fully explained the charges contained in the Information against me and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the Information.

DATE: 9/9/22

Terry Headen
DEFENDANT

WITNESS:

COUNSEL FOR DEFENDANT