IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:22-00177

TERRY HEADEN

DUE PROCESS PROTECTIONS ACT ORDER
TO ALL COUNSEL REGARDING *BRADY* OBLIGATIONS

In accord with the Due Process Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, that is, evidence that favors the defendant or casts doubt on the United States' case, as required by ***Brady v. Maryland***, 373 U.S. 83 (1963) and its progeny, and hereby **ORDERS** the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the court.

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this Court.

IT IS SO ORDERED this 15th day of September, 2022.

ENTER:

David A. Faber
Senior United States District Judge