# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Bluefield

| | | | |
|---|---|---|---|
| Date: | 2/1/2023 | Case Number: | 1:22-cr-00177 |
| Case Style: | USA vs. Terry Headen | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2512-Faber | | |
| Court Reporter: | Kathy Swinhart | Courtroom Deputy: | Cindy Lilly |

Attorney(s) for the Plaintiff or Government:

Andrew Isabell

Attorney(s) for the Defendant(s):

Kristopher Faerber

| | |
|---|---|
| Law Clerk: | Allison Skinner |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:24 PM | 2:45 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 21 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 2:30 p.m.
Actual Start: 2:24 p.m.
Court adopts findings in PSR
Court accepts plea agreement.
Criminal History: III

Custody Range: minimum term of 5 years
Supervised Release Range: 2 - 5 years
Fine Range:$250,000 plus the costs of incarceration and/or supervision.
Assessment: $100
Counsel for the defendant, the defendant, and the Assistant United States attorney given an opportunity to speak.
Sentence imposed as follows:
Custody: 60 months to be consecutive to any undischarged sentence defendant is currently serving
Supervised Release Term: 5 years to be concurrent to any previous term
Special Assessment: $100
Defendant advised of his right to appeal.
Court recommends that the defendant be placed in a designated medical facility
Defendant remanded
Court adjourned at 2:38 p.m.