FILED
DEC - 4 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

*3301 Leestown Road*
*Lexington, KY 40511-8799*

November 18, 2025

The Honorable David A. Farber
Senior United States District Judge
Southern District of West Virginia
2303 Elizabeth Kee Federal Building
601 Federal Street
Bluefield, WV 24701

RE: Headen, Terry
Register Number: 07781-088
Case No: 1:22CR00177-001

Dear Judge Farber:

We regret to inform you that Terry Headen, who was confined at the Federal Medical Center, Lexington, Kentucky, died on Monday, November 17, 2025, with the immediate cause of death being: Acute exacerbation of chronic heart failure.

Mr. Headen was sentenced in the Southern District of West Virginia on February 1, 2023, to a 60-month term for Possession of a firearm in furtherance of a drug trafficking crime.

Mr. Headen was pronounced deceased by University of Kentucky Medical Center staff at the University of Kentucky Medical Center on November 17, 2025, at 6:48 p.m. His remains have been transported to the Kentucky Mortuary Service.

Should you have any questions, please do not hesitate to contact me at (859)255-6812.

Sincerely,

David Paul
Warden

cc: John Frail, Chief U.S. Attorney
300 Virginia Street East Robert C. Byrd
Federal Courthouse Room 4000
Charleston, WV 25301

Troy Lanham, Chief United States Probation Office
Southern District of West Virginia
United States Probation Office
Robert C. Byrd United States Courthouse
300 Virginia Street East, Room 1200
Charleston, WV 25301

M. Starr, Regional Director
Mid-Atlantic Region
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Medical Center*
*3301 Leestown Road*
*Lexington, Kentucky 40511-8799*

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

LOUISVILLE KY 400
25 NOV 2025PM 3 L

7016 3010 0001 1908 8485

FIRST-CLASS

U.S. OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES
ZIP 40511 $ 010.44⁰
02 7H
0005951595 NOV 24 2025

Honorable David A. Farber
Senior United States District Judge
2303 Elizabeth Kee Federal Building
601 Federal Street
Bluefield, WV 24701

RECEIVED
DEC - 1 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

24701$3033 C001